Steven W. Ritcheson (SBN 174062)
INSIGHT, PLC
578 Washington Blvd. #503
Marina del Rey, CA 90292
(T) 818-744-8714
(F): 818-337-0383
switcheson@insightplc.com

Raymond W. Mort, III (*pro hac vice*)
Texas State Bar No. 00791308
raymort@austinlaw.com
THE MORT LAW FIRM, PLLC
100 Congress Ave, Suite 2200
Austin, Texas 78701
Tel/Fax: (512) 865-7950

***Attorneys for Plaintiff***
***Commstech LLC.***

Christopher M. Joe (*Admitted Pro Hac Vice*)
Michael C. Pomeroy (*Admitted Pro Hac Vice*)
BUETHER JOE & COUNSELORS, LLC
1700 Pacific Avenue, Suite 4750
Dallas, TX 75201
Telephone:    (214) 466-1279
Facsimile:    (214) 635-1830
Email:  Chris.Joe@bjciplaw.com
          Michael.Pomeroy@bjciplaw.com

Jamie L. Dupree (SBN 158105)
FUTTERMAN DUPREE DODD CROLEY
MAIER LLP
601 Montgomery Street, Suite 333
San Francisco, CA 94111
Telephone:    (415) 399-3840
Facsimile:    (415) 399-3838
Email:  jdupree@fddcm.com

***Attorneys for Defendant***
***Dialogic (US) Inc.,***

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| COMMSTECH LLC,<br><br>             Plaintiff,<br><br>      v.<br><br>DIALOGIC (US) INC.,<br><br>             Defendant. | Case No. 4:20-cv-08082-HSG<br><br>**JOINT MOTION AND  ORDER FOR EXTENSION OF TIME TO FILE CASE MANAGEMENT STATEMENT**<br><br>Judge: Hon. Haywood S Gilliam, Jr<br><br>Case Mgt. Conf.: Feb. 16, 2021, at 2:00 pm |

1    Pursuant to Civil Local Rules 6-1(b), 6-2, 7-1(a)(5), and 7-12, Plaintiff Commstech LLC

2  (Commstech) and Defendant Dialogic (US) Inc., ("Dialogic") (collectively, the "Parties"),

3  through their respective counsel of record, hereby request as follows regarding the submission

4  of the Case Management Statement:

5    WHEREAS, per Dkt. 9, the Joint Case Management Statement is due on February 9,

6  2021. The Parties respectfully request a one day extension to February 10, 2021 to file the Joint

7  Case Management statement to allow the Parties further time to meet and confer and narrow

8  any outstanding disputes. This extension to file the Case Management Statement will not alter

9  the date of any other event or any deadline already set by this Court in this case.

10    A proposed order setting forth the requested extension is attached.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Filer's Attestation:**  Pursuant to Civil L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of its signatories.

Dated: February 9, 2021

By: */s/ Raymond W. Mort, III*

Steven W. Ritcheson (SBN 174062)
INSIGHT, PLC
578 Washington Blvd. #503
Marina del Rey, CA 90292
(T) 818-744-8714
(F): 818-337-0383
swritcheson@insightplc.com

Raymond W. Mort, III *(pro hac vice)*
Texas State Bar No. 00791308
raymort@austinlaw.com
THE MORT LAW FIRM, PLLC
100 Congress Ave, Suite 2200
Austin, Texas 78701
Tel/Fax: (512) 865-7950

Attorneys for Plaintiff
Commstech LLC.

Dated: February 9, 2021

By: */s/ Michael C. Pomeroy*

Jamie L. Dupree (SBN 158105)
jdupree@fddcm.com
FUTTERMAN DUPREE DODD CROLEY
MAIER LLP
601 Montgomery Street, Suite 333
San Francisco, CA  94111
Telephone:   (415) 399-3840
Facsimile:    (415) 399-3840

*Local Counsel for Defendant*
*Dialogic (US) Inc.*

Christopher M. Joe *(Admitted Pro Hac Vice)*
Texas State Bar No.: 00787770
Chris.Joe @bjciplaw.com
Michael C. Pomeroy *(Admitted Pro Hac Vice)*
Texas State Bar No.: 24098952
Michael.Pomeroy@bjciplaw.com
BUETHER JOE & COUNSELORS, LLC
1700 Pacific Avenue, Suite 4750
Dallas, TX  75201
Telephone:     (214) 466-1279
Facsimile:      (214) 635-1830

*Attorneys for Defendant*
*Dialogic (US) Inc.*

1  **ORDER GRANTING EXTENSION OF TIME TO FILE CASE MANAGEMENT**
2  **STATEMENT**

3

4        Before the Court is Plaintiff Commstech LLC (Commstech) and Defendant Dialogic

5  (US) Inc., ("Dialogic") (collectively, the "Parties") Joint Motion for Extension of Time to file

6  the Joint Case Management Statement due pursuant to Dkt. 9. Having considered the same,

7  the motion is GRANTED. Accordingly, it is hereby ORDERED that the Parties deadline to

8  file the Joint Case Management Statement is February 10, 2021.

9

10  Dated: 2/10/2021                            _Haywood S. Gill Jr._

11                                              HAYWOOD S. GILLIAM, JR.
12                                              United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28