Steven W. Ritcheson (SBN 174062)
INSIGHT, PLC
578 Washington Blvd. #503
Marina del Rey, CA 90292
(T) 818-744-8714
(F): 818-337-0383
switcheson@insightplc.com

Raymond W. Mort, III (*pro hac vice*)
Texas State Bar No. 00791308
raymort@austinlaw.com
THE MORT LAW FIRM, PLLC
100 Congress Ave, Suite 2200
Austin, Texas 78701
Tel/Fax: (512) 865-7950

***Attorneys for Plaintiff***
***Commstech LLC.***

Michael C. Pomeroy (*admitted Pro Hac Vice*)
CARTER ARNETT PLLC
8150 N. Central Expressway, Suite 500
Dallas, TX 75206
Telephone No.: (214) 550-4680
Facsimile No.: (214) 550-8185
Email: mpomeroy@carterarnett.com

***Attorneys for Defendant***
***Dialogic (US) Inc.***

Jamie L. Dupree (SBN 158105)
FUTTERMAN DUPREE DODD CROLEY
MAIER LLP
601 Montgomery Street, Suite 333
San Francisco, CA  94111
Telephone:     (415) 399-3840
Facsimile:     (415) 399-3838
Email:  jdupree@fddcm.com

***Local Counsel for Defendant***
***Dialogic (US) Inc.,***

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| COMMSTECH LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DIALOGIC (US) INC.,<br><br>    Defendant. | Case No. 4:20-cv-08082-HSG<br><br>**JOINT MOTION AND ORDER FOR EXTENSION OF TIME**<br><br>Judge: Hon. Haywood S Gilliam, Jr<br><br>Case Mgt. Conf.: Feb. 16, 2021, at 2:00 pm |

Pursuant to Civil Local Rules 6-1(b), 6-2, 7-1(a)(5), and 7-12, Plaintiff Commstech LLC ("Commstech") and Defendant Dialogic (US) Inc., ("Dialogic") collective, the "Parties"), through their respective counsel of record, hereby request an extension of time to file as as follow:

| Scheduled Event | Current Schedule | Parties' Agreed Proposed Schedule |
|---|---|---|
| Invalidity Contentions by Defendant (Patent L.R. 3-3 and 3-4) | April 23, 2021 | April 30, 2021 |
| Damages Contentions by Plaintiff (Patent L.R. 3-8) | June 4, 2021 | June 11, 2021 |

Dated: April 26, 2021

By: /s/ Steven W. Ritchenson

Steven W. Ritcheson (SBN 174062)
INSIGHT, PLC
578 Washington Blvd. #503
Marina del Rey, CA 90292
(T) 818-744-8714
(F): 818-337-0383
swritcheson@insightplc.com

Raymond W. Mort, III (pro hac vice)
Texas State Bar No. 00791308
raymort@austinlaw.com
THE MORT LAW FIRM, PLLC
100 Congress Ave, Suite 2200
Austin, Texas 78701
Tel/Fax: (512) 865-7950

Attorneys for Plaintiff
Commstech LLC.

Dated: April 26, 2021

By: /s/ Michael C. Pomeroy

Michael C. Pomeroy (*admitted Pro Hac Vice*)
CARTER ARNETT PLLC
8150 N. Central Expressway, Suite 500
Dallas, TX 75206
Telephone No.: (214) 550-4680
Facsimile No.: (214) 550-8185
Email: mpomeroy@carterarnett.com

Jamie L. Dupree (SBN 158105)
jdupree@fddcm.com
FUTTERMAN DUPREE DODD CROLEY MAIER LLP
601 Montgomery Street, Suite 333
San Francisco, CA 94111
Telephone:   (415) 399-3840
Facsimile:   (415) 399-3840

*Local Counsel for Defendant Dialogic (US) Inc.*

| | |
|---|---|
| 1 | **ORDER GRANTING EXTENSION OF TIME** |
| 2 | Before the Court is Plaintiff Commstech LLC ("Commstech") and Defendant Dialogic |
| 3 | (US) Inc., ("Dialogic") (collectively, the "Parties") Joint Motion for Extension of Time to file |
| 4 | Invalidity Contentions by Defendant (Patent L.R. 3-3 and 3-4) and Damages Contentions by |
| 5 | Plaintiff (Patent L.R. 3-8). The above MOTION FOR EXTENSION OF TIME & PROPOSED |
| 6 | ORDER is Approved as the Case Management Order for this case and all parties shall comply |
| 7 | with its Provisions. |
| 8 | IT IS SO ORDERED. |

Dated: 4/27/2021

_Haywood S. Gilliam Jr._
United States District Judge
Haywood S Gilliam, Jr

- 1 -   JOINT MOTION AND
ORDER FOR EXTENSION OF TIME
NO. 4-20-CV-08082-HSG