| | |
|---|---|
| Steven W. Ritcheson (SBN 174062)<br>INSIGHT, PLC<br>578 Washington Blvd. #503<br>Marina del Rey, CA 90292<br>(T) 818-744-8714<br>(F): 818-337-0383<br>switcheson@insightplc.com | Michael C. Pomeroy (*admitted Pro Hac Vice*)<br>CARTER ARNETT PLLC<br>8150 N. Central Expressway, Suite 500<br>Dallas, TX 75206<br>Telephone No.: (214) 550-4680<br>Facsimile No.: (214) 550-8185<br>Email: mpomeroy@carterarnett.com |
| Raymond W. Mort, III (*pro hac vice*)<br>Texas State Bar No. 00791308<br>raymort@austinlaw.com<br>THE MORT LAW FIRM, PLLC<br>100 Congress Ave, Suite 2200<br>Austin, Texas 78701<br>Tel/Fax: (512) 865-7950 | ***Attorneys for Defendant***<br>***Dialogic (US) Inc.***<br><br>Jamie L. Dupree (SBN 158105)<br>FUTTERMAN DUPREE DODD CROLEY MAIER LLP<br>601 Montgomery Street, Suite 333<br>San Francisco, CA 94111<br>Telephone: (415) 399-3840<br>Facsimile: (415) 399-3838<br>Email: jdupree@fddcm.com |
| ***Attorneys for Plaintiff***<br>***Commstech LLC.*** | ***Local Counsel for Defendant***<br>***Dialogic (US) Inc.,*** |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| COMMSTECH LLC,<br><br>      Plaintiff,<br><br>v.<br><br>DIALOGIC (US) INC.,<br><br>      Defendant. | Case No. 4:20-cv-08082-HSG<br><br>**JOINT MOTION AND ORDER FOR EXTENSION OF TIME**<br><br>Judge: Hon. Haywood S Gilliam, Jr |

Pursuant to Civil Local Rules 6-1(b), 6-2, 7-1(a)(5), and 7-12, Plaintiff Commstech LLC ("Commstech") and Defendant Dialogic (US) Inc., ("Dialogic") collective, the "Parties"), through their respective counsel of record, hereby request an extension of time to file as as follow:

| Scheduled Event | Current Schedule | Parties' Agreed Proposed Schedule |
|---|---|---|
| Exchange of Preliminary Constructions and Extrinsic Evidence (Patent L.R. 4-2) | May 28, 2021 | June 4, 2021 |
| Joint Claim Construction and Prehearing Statement and Expert Reports for Claim Construciton | June 23, 2021 | June 30, 2021 |

Dated: May 27, 2021

By: /s/ Steven W. Ritcheson

Steven W. Ritcheson (SBN 174062)
INSIGHT, PLC
578 Washington Blvd. #503
Marina del Rey, CA 90292
(T) 818-744-8714
(F): 818-337-0383
swritcheson@insightplc.com

Raymond W. Mort, III (pro hac vice)
Texas State Bar No. 00791308
raymort@austinlaw.com
THE MORT LAW FIRM, PLLC
100 Congress Ave, Suite 2200
Austin, Texas 78701
Tel/Fax: (512) 865-7950

Attorneys for Plaintiff
Commstech LLC.

Dated: May 27, 2021

By: /s/ Michael C. Pomeroy

Michael C. Pomeroy (*admitted Pro Hac Vice*)
CARTER ARNETT PLLC
8150 N. Central Expressway, Suite 500
Dallas, TX 75206
Telephone No.: (214) 550-4680
Facsimile No.: (214) 550-8185
Email: mpomeroy@carterarnett.com

Jamie L. Dupree (SBN 158105)
jdupree@fddcm.com
FUTTERMAN DUPREE DODD CROLEY MAIER LLP
601 Montgomery Street, Suite 333
San Francisco, CA 94111
Telephone: (415) 399-3840
Facsimile: (415) 399-3840

*Local Counsel for Defendant Dialogic (US) Inc.*

**ORDER GRANTING EXTENSION OF TIME**

Before the Court is Plaintiff Commstech LLC ("Commstech") and Defendant Dialogic (US) Inc., ("Dialogic") (collectively, the "Parties") Joint Motion for Extension of Time to exchange Preliminary Claim Constructions and Extrinsic Evidence (Patent L.R. 4-2) and file the Joint Claim Construction and Prehearing Statement and Expert Reports for Claim Construciton (Patent L.R. 4-3). The above MOTION FOR EXTENSION OF TIME & PROPOSED ORDER is Approved as the Case Management Order for this case and all parties shall comply with its Provisions.

IT IS SO ORDERED.

Dated: 5/28/2021

_____

United States District Judge
Haywood S Gilliam, Jr