Steven W. Ritcheson (SBN 174062)
INSIGHT, PLC
578 Washington Blvd. #503
Marina del Rey, CA 90292
(T) 818-744-8714
(F): 818-337-0383
switcheson@insightplc.com

Raymond W. Mort, III (*pro hac vice*)
Texas State Bar No. 00791308
raymort@austinlaw.com
THE MORT LAW FIRM, PLLC
100 Congress Ave, Suite 2200
Austin, Texas 78701
Tel/Fax: (512) 865-7950

***Attorneys for Plaintiff***
***Commstech LLC.***

Michael C. Pomeroy (*admitted Pro Hac Vice*)
CARTER ARNETT PLLC
8150 N. Central Expressway, Suite 500
Dallas, TX 75206
Telephone No.: (214) 550-4680
Facsimile No.: (214) 550-8185
Email: mpomeroy@carterarnett.com

***Attorneys for Defendant***
***Dialogic (US) Inc.***

Jamie L. Dupree (SBN 158105)
FUTTERMAN DUPREE DODD CROLEY MAIER LLP
601 Montgomery Street, Suite 333
San Francisco, CA 94111
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
Email: jdupree@fddcm.com

***Local Counsel for Defendant***
***Dialogic (US) Inc.,***

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| COMMSTECH LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DIALOGIC (US) INC.,<br><br>　　　　Defendant. | Case No. 4:20-cv-08082-HSG<br><br>**JOINT MOTION AND ORDER FOR EXTENSION OF TIME**<br><br>Judge: Hon. Haywood S Gilliam, Jr |

Pursuant to Civil Local Rules 6-1(b), 6-2, 7-1(a)(5), and 7-12, Plaintiff Commstech LLC ("Commstech") and Defendant Dialogic (US) Inc., ("Dialogic") collective, the "Parties"), through their respective counsel of record, hereby request an extension of time to file as as follows below. The following request is not made for delay, but to allow the parties further time to confer in attempt to narrow any outstanding disputes regarding Claim Construction.

| Scheduled Event | Current Schedule | Parties' Agreed Proposed Schedule |
|---|---|---|
| Joint Claim Construction and Prehearing Statement and Expert Reports for Claim Construction | June 30, 2021 | July 16, 2021 |
| Opening Claim Construction Brief by Plaintiff (Patent L.R. 4-5(a)) | August 6, 2021 | August 20, 2021 |
| Responsive Claim Construction Brief by Defendant (Patent L.R.4-5(b)) | August 20, 2021 | September 3, 2021 |
| Reply Claim Construction Brief by Plaintiff (Patent L.R. 4-5(c)) | August 27, 2021 | September 10, 2021 |
| Claim Construction Hearing | October 8, 2021 at 1:00 PM | October 8, 2021 at 1:00 PM or at the Court's convenience |

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June 23, 2021 | Dated: June 23, 2021 |
| 3 | By: */s/ Steven W. Ritcheson* | By: */s/ Michael C. Pomeroy* |
| 4 | Steven W. Ritcheson (SBN 174062)<br>INSIGHT, PLC | Michael C. Pomeroy (*admitted Pro Hac Vice*)<br>CARTER ARNETT PLLC |
| 5 | 578 Washington Blvd. #503<br>Marina del Rey, CA 90292 | 8150 N. Central Expressway, Suite 500<br>Dallas, TX 75206 |
| 6 | (T) 818-744-8714<br>(F): 818-337-0383 | Telephone No.: (214) 550-4680<br>Facsimile No.: (214) 550-8185 |
| 7 | swritcheson@insightplc.com | Email: mpomeroy@carterarnett.com |
| 8 | Raymond W. Mort, III (pro hac vice)<br>Texas State Bar No. 00791308 | Jamie L. Dupree (SBN 158105) |
| 9 | raymort@austinlaw.com<br>THE MORT LAW FIRM, PLLC | jdupree@fddcm.com<br>FUTTERMAN DUPREE DODD CROLEY |
| 10 | 100 Congress Ave, Suite 2200<br>Austin, Texas 78701 | MAIER LLP<br>601 Montgomery Street, Suite 333 |
| 11 | Tel/Fax: (512) 865-7950 | San Francisco, CA 94111<br>Telephone: (415) 399-3840 |
| 12 | *Attorneys for Plaintiff* | Facsimile: (415) 399-3840 |
| 13 | *Commstech LLC.* | *Local Counsel for Defendant*<br>*Dialogic (US) Inc.* |

**ORDER GRANTING EXTENSION OF TIME**

Before the Court is Plaintiff Commstech LLC ("Commstech") and Defendant Dialogic (US) Inc., ("Dialogic") (collectively, the "Parties") Joint Motion for Extension of Time to file the Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3), and file respective Claim Construction Briefs (Patent L.R 4-5(a-c)). The above MOTION FOR EXTENSION OF TIME & PROPOSED ORDER is Approved as the Case Management Order for this case and all parties shall comply with its Provisions.

IT IS SO ORDERED.

Dated: 6/24/2021

United States District Judge
Haywood S Gilliam, Jr